Anthony J. Fernandez (018342)
Amber Dresslar (38668)
QUINTAIROS, PRIETO,
WOOD & BOYER, P.A.
8800 East Raintree Drive, Suite 100
Scottsdale, Arizona 85260
Telephone: (602) 954-5605
Facsimile:  (602) 954-5606
afernandez@qpwblaw.com
amber.dresslar@qpwblaw.com
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Quezaire L. Williams Jr., <br><br> Plaintiff, <br><br> v. <br><br> Trans Union, <br><br> Defendant. | Case No. _____ <br><br> **DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL** |

## I.    PROCEDURAL BACKGROUND

1.    On or about December 1, 2023, Plaintiff Quezaire L. Williams Jr. ("Plaintiff") filed Plaintiff's Complaint in this action in the Maricopa County Justice Courts, Arizona, Case No. CC2023241233 (the "State Court Action") alleging violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*, against Trans Union LLC ("Trans Union"), incorrectly named TransUnion, LLC.

2.    The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal.  No orders have been entered in the State Court Action as of the filing of this Notice of Removal.

6785333.1

3. Defendant Trans Union LLC was served with Plaintiff's Complaint on December 15, 2023. This Notice of Removal is being filed within the 30-day time period required by 28 U.S.C. § 1446(b).

### B. GROUNDS FOR REMOVAL

4. The present suit is an action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(b), as it is a civil action founded on a claim or right arising under the laws of the United States. Removal is thus proper because Plaintiff's claims present a federal question. *Id.* In the Complaint, Plaintiff seeks damages for Defendant's alleged violations of the Federal Fair Credit Reporting Act, 15 U.S.C. § *et seq.* Moreover, any future claims based on state law may be adjudicated by this Court pursuant to 28 U.S.C. § 1367.

### C. COMPLIANCE WITH PROCEDURAL REQUIREMENTS

5. Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed with this Court within 30 days after Defendant was first served with the Complaint, the initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

6. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in this Court because it is in the district and division embracing the place where the State Court Action is pending.

7. Promptly after the filing of this Notice of Removal, Trans Union LLC shall give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the Maricopa County Justice Courts, Arizona, as required by 28 U.S.C. § 1446(d).

8. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders, served upon the Defendant Trans Union LLC are attached hereto as **Exhibit A**.

9. The trial has not commenced in the Maricopa County Justice Courts, Arizona.

6785333.1

WHEREFORE, Defendant Trans Union LLC respectfully prays that the action be removed to this Court, and that this Court assume full jurisdiction as if it had been originally filed here.

Dated this 12th day of January 2024.

QUINTAIROS, PRIETO, WOOD
& BOYER, P.A.

*/s/ Anthony Fernandez*
Anthony J. Fernandez (018342)
Amber Dresslar (38668)
**Counsel for Trans Union LLC**

6785333.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of January 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and served the non-CM/ECF participant, via email and U.S. Mail.

Quezaire L. Williams, Jr.
127 S. MacDonald #107
Mesa, AZ 85210
(414) 793-4890
Quezaire@iCloud.com
***Pro Se Plaintiff***

/s/ Haylie Cummings
Haylie Cummings

4

6785333.1

# EXHIBIT A
## State Court Pleadings

# Maricopa County Justice Courts, Arizona

**North Mesa Justice Court** 222 E. Javelina Avenue, Ste B, Mesa, AZ 85210  602-372-4900

**CASE NUMBER:** CC2023241233RC

Plaintiff(s) Name / Address / Email / Phone:
Quezaire L Williams Jr
127 S Mac Donald #107
Mesa, AZ 85210
Quezaire@icloud.com
414-793-4890

Defendant(s) Name / Address / Email / Phone:
Trans Union
555 W Adams St
Sixth Floor
Chicago, IL 60661
312-258-1717

☐ Serve on: Statutory Agent
Address: _____
( ) -

**FILED**
DEC 1 2023
NORTH MESA JUSTICE COURT

## CIVIL SUMMONS
☐ Replacement Summons

JCRCP Rule 112

Be in court at least 15 minutes before the scheduled hearing.
YOU MUST CHECK IN AT THE FRONT COUNTER BEFORE ENTERING THE COURT ROOM.
*(Esté en el tribunal por lo menos 15 minutos antes de la audiencia programada.)*
*(DEBE REGISTRARSE EN EL MOSTRADOR DELANTERO ANTES DE ENTRAR EN LA SALA DEL TRIBUNAL)*

REQUESTS FOR REASONABLE ACCOMMODATIONS FOR PERSONS WITH DISABILITIES SHOULD BE MADE TO THE COURT AS SOON AS POSSIBLE.
*(LAS SOLICITUDES PARA ARREGLOS O ADAPTACIONES RAZONABLES PARA PERSONAS CON DISCAPACIDADES SE DEBEN PRESENTAR ANTE EL TRIBUNAL LO MAS ANTES POSIBLE.)*

If an interpreter is needed, please contact the court listed above to request an interpreter be provided.
*(En caso de necesitarse un intérprete, favor de comunicarse con el Tribunal antes mencionado para solicitar que se brinden los servicios de un intérprete.)*

**THE STATE OF ARIZONA TO THE ABOVE-NAMED DEFENDANT(S):**

1. **YOU ARE SUMMONED** to respond to this complaint by filing a written ANSWER with this Court and by paying the required fee. If you cannot afford to pay the required fee, you may request that the Court either waive or defer the fee.

2. If you were served with this summons in the State of Arizona, the Court must receive your answer within twenty (20) calendar days from the date you were served. If you were served outside the State of Arizona, the Court must receive your answer within thirty (30) calendar days from the date you were served. If the last day is a Saturday, Sunday, or legal holiday, you will have until the next working day to file your answer. When calculating time, do not count the day you were served with the summons.

3. Your answer must be in writing.
   (a) You may obtain an answer form from this Court.
   (b) You may also obtain an answer form from the Form section of the Maricopa County Justice Courts website at http://justicecourts.maricopa.gov/

4. Provide a copy of your answer to the Plaintiff(s) or to the Plaintiff's attorney in accordance with JCRCP Rule 120.

5. IF YOU FAIL TO FILE A WRITTEN ANSWER WITH THIS COURT WITHIN THE TIME INDICATED ABOVE, A DEFAULT JUDGMENT MAY BE ENTERED AGAINST YOU.

Date 12-4-23       _____
                   Justice of the Peace

You are required to keep the court advised of your current address and telephone number.
The clerk can provide you with a Notice of Change of Address form.

CV 8150-101.1 R: 12/1/14

# Maricopa County Justice Courts, Arizona



**North Mesa Justice Court** 222 E. Javelina Avenue, Ste B, Mesa, AZ 85210  602-372-4900

**CASE NUMBER:** CC2023241233RC

**Plaintiff(s) Name / Address / Email / Phone**
Queraire L Williams Jr
127 S MacDonald #107
Mesa, AZ 85210
Queraire@icloud.com
919-793-9890

**Defendant(s) Name / Address / Email / Phone**
Transunion
555 W Adams st sixth floor
Chicago, IL 60661
312-258-1717

FILED
DEC 1 2023
NORTH MESA JUSTICE COURT

**COMPLAINT** — JCRCP Rule 01

**I allege that:**
☑ This court has jurisdiction over this matter
☐ Venue is proper because:
  ☐ Defendant resides within the precinct boundaries of this court.
  ☐ The debt or obligation that gives rise to this action occurred within this court's precinct, at the following location:
  ☐ Other, pursuant to ARS 12-401.1-19:

**I also allege that (state the factual basis for each claim):**

1. Transunion failed to do a proper investigation multiple times on Acct: NCA 967282x. Transunion continue to report the inaccurate balance of $882
2. and the original creditor, I provided documents that NCA provided to me and Transunion failed to delete or modify the account.
3. 15 U.S. Code § 1681i(5)(A)(i) promptly delete that item of information from the file of the consumer, or modify that item of information as
4. appropriate based on the results of the reinvestigation.

I am asking the court to award me judgment against the defendant(s) in the sum of $ 10,000 (state claimed damages)

I am also asking for reimbursement of my court costs and interest at the legal rate from the date of judgment.

I state under penalty of perjury that the foregoing is true and correct.

Date 12-1-2023      Plaintiff

You are required to keep the court advised of your current address and telephone number. The clerk can provide you with a Notice of Change of Address form.

Please inform court staff if interpreter services are required.
☐ Yes, I need interpreter services. Language: _____

CV 8150-100 R: 9/14/18